**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Yosulf Shaheed Benson v. The State of Texas

Appellate case number:   01-12-00325-CR (Count I); 01-12-00326-CR (Count II)

Trial court case number:  65676 (Counts I & II)

Trial court:                      23rd District Court of Brazoria County

Date motion filed:          March 4, 2013

Party filing motion:        Appellant

      It is ordered that the motion for rehearing is DENIED.

Judge's signature: /s/ Chief Justice Sherry Radack_____
                                Acting for the Court

Panel consists of: Chief Justice Radack, Justices Higley and Brown

Date: March 21, 2013_____